162 So. 921

**J. H. WILLIAMS, Superintendent of Banks, v. STATE, for Use of COLBERT COUNTY et al.**

8 Div. 661.

Supreme Court of Alabama.

June 13, 1935.

Taylor, Richardson & Sparkman, of Huntsville, for appellant.

Andrews & Almon, of Sheffield, for appellees.

PER CURIAM.

Affirmed on authority of Williams v. State, for Use, etc., ante, p. 395, 161 So. 507.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

159 So. 888

**Lawrence WILLIAMS v. STATE.**

1 Div. 826.

Supreme Court of Alabama.

Dec. 20, 1934.

BOULDIN, Justice.

The appellant was indicted, tried, and convicted of the offense of robbery, and his punishment fixed at imprisonment for life.

The appeal is upon the record, without bill of exceptions. No error appearing in the record, the judgment will be, and is, affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.